IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-304-GCM**

| | |
|---|---|
| FSC SECURITIES CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| JAMES M. CHANDLER, *et al,* ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff FSC Securities Corporation to allow **William Zeena, Jr.** to appear *Pro Hac Vice*, dated August 1, 2007 [doc. #3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Zeena has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 9, 2007

Graham C. Mullen
United States District Judge